# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**TERENCE ANTOINE REED**                                                **PLAINTIFF**

V.                              No. 4:23-CV-00652 ERE

**KILOLO KIJAKAZI, Acting**
**Commissioner of Social Security**                                      **DEFENDANT**

## JUDGMENT

Consistent with today's Order, the Commissioner's decision is AFFIRMED.

Judgment is entered in favor of the Commissioner.

SO ORDERED 9 February 2024.

_____
UNITED STATES MAGISTRATE JUDGE